## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **FREDRICK BERNARD SMILEY,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : **CIVIL ACTION 14-0404-CG-M** |
| | : |
| **CIRCUIT COURT FOR MOBILE** | : |
| **COUNTY, ALABAMA, et al.,** | : |
| | : |
| **Defendants.** | : |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 26th day of January, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE