**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **FREDRICK BERNARD SMILEY,** | : |
| | : |
| **Plaintiff,** | : |
| **vs.** | : **CIVIL ACTION 14-0404-CG-M** |
| | : |
| **CIRCUIT COURT FOR MOBILE** | : |
| **COUNTY, ALABAMA, et al.,** | : |
| | : |
| **Defendants.** | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**,

**ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED**

without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 26th day of January, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE